UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| ROBERT SHULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL No. 3:21-cv-01716-YY |
| | ) | |
| COMMISSIONER, SOCIAL | ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, | ) | PURSUANT TO 42 U.S.C. § 406(b) |
| | ) | |
| Defendant. | ) | |

Attorney fees in the amount of 30,845.10 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b), less the following reduction and offset: $7,200.00 (amount of fee to be paid to Plaintiff's separate counsel before the agency); and $8,000.00 (EAJA fees awarded). After reduction and offset, the net attorney 406(b )fee awarded is $22,845.10, which shall be made payable and mailed to Rory Linerud, Plaintiff's attorney at PO Box 5734, Salem, OR 97304. The Court finds this is a reasonable fee.

IT IS SO ORDERED.

DATED this ___4th_____ day of _February___, 2025.

_____/s/ Youlee Yim You_____
HONORABLE YOULEE YIM YOU
UNITED STATES MAGISTRATE JUDGE

ORDER - EAJA FEES                        1